UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT MCKENNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.  2:15-cv-169-GZS |
| ) | |
| PAUL RUBASHKIN, et al., ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed April 26, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 17) is **GRANTED** on Plaintiff's federal claims and judgment is entered in favor of Defendants on Plaintiff's federal claims.

2. Plaintiff's state claims are **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal         
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 25th day of May, 2016.